**FILED**

JUN 3 0 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**GHALEB NASSAR AL BIHANI**
Camp Delta
Washington, D.C. 20355

Petitioner

v.

**GEORGE W. BUSH, President**
of the United States

**DONALD RUMSFELD, Secretary,**
United States Department of Defense

**JAY HOOD, Army Brigadier General,**
Commander, Joint Task Force-GTMO

**MICHAEL I. BUMGARNER, Army**
Colonel, Commander, Joint Detention
Operations Group-JTF-GTMO

Leave to file without
Prepayment of Cost **GRANTED**
6/29/2005

_Ricardo M. Urbina_

Civil Action No.

CASE NUMBER   1:05CV01312

JUDGE: Richard J. Leon

DECK TYPE: Habeas Corpus/2255

DATE STAMP: 06/30/2005

## PETITION FOR WRIT OF HABEAS CORPUS

1

GUAN-2005-T02452

To Whom It May Concern:

It's been a while since any person showed up to discuss this case with him; it's the case of my detention on the island of Guantanamo. I'm not familiar with the processes that go on behind the stages. Here we are, sending you the so-called petition, Writ of habeas corpus. And I don't know any details about it. I have asked the camp administration for a lawyer about four to six months ago and there was no attention given to the matter. Please, send a lawyer with either a verbal or written message [in response] to this letter so that I can be understand that the petition is and what this court is all about. No ruling but that of Allah.

Detainee: Ghaleb Nassar Al Bihani

DETAINEE 333ABh
CAMP DELTA
Washington, DC 20353
USA

HBH+es/16/0-
Arabic/MQ

**SENDER:**

NAME (Last, first, MI)
AL BIHANI GHALEB NASSIR

INTERNMENT SERIAL NUMBER
333 ABH

DATE AND PLACE OF BIRTH

NAME OF CAMP
GTMO

COUNTRY WHERE POSTED

**TO:**

United States court for

STREET
the District of Columbia

CITY
333 Constitution Avenue

COUNTRY
N.W. Washington D.C

PROVINCE OR DEPARTMENT
N.W. Washington D.C 20001

DA FORM 2668-R, May 82                    EDITION OF 1 JUL 83 IS OBSOLETE.

CLAIN 2005-11 02102

## POST CARD

For use of
form, see the proponent agency is DCSPER.

| LANGUAGE | POWER SERVED | DATE |
|---|---|---|

*WRITE BETWEEN LINES AND AS LEGIBLY AS POSSIBLE*

Reverse of DA Form 2862-R, May 82