AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

|  |  |  |
|---|---|---|
| Plaintiff(s) | ) | **APPEARANCE** |
|  | ) |  |
| vs. | ) | CASE NUMBER 05cv01312 |
|  | ) |  |
| Defendant(s) | ) |  |

To the Clerk of this court and all parties of record:

Please enter the appearance of __Heather R. Rogers__ as counsel in this
(Attorney's Name)

case for: __Ghaleb Nassar Al Bihani__
(Name of party or parties)


__11/15/05__
Date

__229519 (CA Bar)__
BAR IDENTIFICATION

_[signature]_
Signature

Heather R. Rogers
Print Name

225 Broadway, Suite 900
Address

San Diego, CA  92101
City         State         Zip Code

619-234-8467
Phone Number