AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

|  |  |  |
|---|---|---|
| Plaintiff(s) | ) | **APPEARANCE** |
|  | ) |  |
| vs. | ) | CASE NUMBER 05-cv-01312 |
|  | ) |  |
| Defendant(s) | ) |  |

To the Clerk of this court and all parties of record:

Please enter the appearance of __Steven F. Hubachek__ as counsel in this
(Attorney's Name)

case for: __Ghaleb Nassar Al Bihani__
(Name of party or parties)

__11/2/05__
Date

__California Bar No. 147703__
BAR IDENTIFICATION

_[Signature]_
Signature

__Steven F. Hubachek__
Print Name

__225 Broadway, Suite 900__
Address

__San Diego, CA  92101__
City     State     Zip Code

__619-234-8467__
Phone Number