AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

|  |  |  |
|---|---|---|
| Plaintiff(s) | ) | **APPEARANCE** |
|  | ) |  |
|  | ) |  |
| vs. | ) | CASE NUMBER   05-cv-01312 |
|  | ) |  |
|  | ) |  |
| Defendant(s) | ) |  |

To the Clerk of this court and all parties of record:

Please enter the appearance of   Ellis M. Johnston III          as counsel in this
                                        (Attorney's Name)

case for:   Ghaleb Nassar Al Bihani
                            (Name of party or parties)

11/2/05
Date

California Bar No.   223664
BAR IDENTIFICATION

Signature

Ellis M. Johnston III
Print Name

225 Broadway, Suite 900
Address

San Diego, CA  92101
City          State          Zip Code

619-234-8467
Phone Number