AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

|  |  |  |
|---|---|---|
| Plaintiff(s) | ) | **APPEARANCE** |
|  | ) |  |
| vs. | ) | CASE NUMBER  05-cv-01312 |
|  | ) |  |
| Defendant(s) | ) |  |

To the Clerk of this court and all parties of record:

Please enter the appearance of  __Zaki Zehawi__  as counsel in this
                                (Attorney's Name)

case for: __Ghaleb Nassar Al Bihani__
          (Name of party or parties)

__11/21/05__                         _____
Date                                 Signature

                                     Zaki Zehawi
__216485 CA Bar__                    Print Name
BAR IDENTIFICATION
                                     225 Broadway, Suite 900
                                     Address

                                     San Diego, CA  92101
                                     City    State    Zip Code

                                     619-234-8467
                                     Phone Number