# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GHALEB NASSAR AL BIHANI,**<br>Guantánamo Bay Naval Station,<br>Guantánamo Bay, Cuba<br>      Petitioner<br><br>v.<br><br>**GEORGE W. BUSH**<br>      President of the United States<br>      The White House<br>      1600 Pennsylvania Avenue, N.W.<br>      Washington, D.C. 20500;<br><br>**DONALD RUMSFELD**<br>      Secretary, United States<br>      Department of Defense<br>      1000 Defense Pentagon<br>      Washington, D.C. 20301;<br><br>**ARMY BRIG. GEN. JAY HOOD**<br>      Commander, Joint Task Force - GTMO<br>      APO AE 09360; and<br><br>**ARMY COL. MIKE BUMGARNER**<br>      Commander, Joint Detention<br>      Operations Group - JTF-GTMO<br>      APO AE 09360,<br><br>      Respondents | UNOPPOSED MOTION<br>FOR ENLARGEMENT<br>OF TIME TO FILE REPLY<br>TO OPPOSITION<br><br>Civil Case No: 05-cv-01312<br><br>JUDGE RICHARD J. LEON |

## UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Petitioner Ghaleb Nassar Al Bihani, through undersigned counsel, respectfully moves this Court for a seven-day enlargement of time in which to file a reply to the Respondents' Opposition to his Motion for an Order Requiring Respondents to Provide Counsel with Advance Notice of Any Removal from Guantánamo Bay Naval Base. In support of his motion, counsel for Petitioner states as follows:

Undersigned counsel require an additional week within which to file a reply to the government's opposition. The opposition raised factual and legal matters which counsel, who are new to this case and to this area of law in general need additional time to research.

Undersigned counsel also require this time to consult with similarly-situated counsel who have also been appointed to see how these issues have been handled in related cases. Finally, undersigned counsel each have additional responsibilities in the office, including handling their own trial and appellate caseloads. Counsel anticipates filing a reply to the Respondents' Opposition to their Motion for an Order Requiring Advance Notice of Any Removal from Guantánamo Naval Base, but will be unable to finish within the five-calendar days allotted under Local Civil Rule 7(d). Counsel also contacted counsel for the Respondents, and has not received any objection to this request. Therefore, counsel for Petitioner requests an enlargement of time in which to file his reply.

WHEREFORE, for the foregoing reasons, Mr. Al Bihani, by and through counsel, asks this Court to grant his Motion for Enlargement of Time.

Dated: December 16, 2005.            Respectfully submitted,

/s/ Steven F. Hubachek
/s/ Heather R. Rogers
/s/ Zaki Zehawi
Steven F. Hubachek (Cal Bar No. 147703)
Heather R. Rogers (Cal. Bar No. 229519)
Zaki Zehawi (Cal. Bar No. 216485)
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467

Counsel for Petitioner