IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA

---

| | |
|---|---|
| **GHALEB NASSAR AL BIHANI,**<br>Guantánamo Bay Naval Station,<br>Guantánamo Bay, Cuba<br>   Petitioner<br><br>  v.<br><br>**GEORGE W. BUSH**<br>  President of the United States<br>  The White House<br>  1600 Pennsylvania Avenue, N.W.<br>  Washington, D.C. 20500;<br><br>**DONALD RUMSFELD**<br>  Secretary, United States<br>  Department of Defense<br>  1000 Defense Pentagon<br>  Washington, D.C. 20301;<br><br>**ARMY BRIG. GEN. JAY HOOD**<br>  Commander, Joint Task Force - GTMO<br>  APO AE 09360; and<br><br>**ARMY COL. MIKE BUMGARNER**<br>  Commander, Joint Detention<br>  Operations Group - JTF-GTMO<br>  APO AE 09360,<br><br>   Respondents | UNOPPOSED MOTION<br>FOR ENLARGEMENT<br>OF TIME TO FILE REPLY<br>TO OPPOSITION<br><br>Civil Case No: 05-cv-01312<br><br>JUDGE RICHARD J. LEON |

## UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

  Petitioner Ghaleb Nassar Al Bihani, through undersigned counsel, respectfully moves this Court for a fourteen-day enlargement of time in which to file a reply to the Respondents' Opposition to his Motion for the Immediate Issuance of a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2243 or, Alternatively, to Issue an Order to Show Cause. In support of his motion, counsel for Petitioner states as follows:

  Undersigned counsel require an additional fourteen days within which to file a reply to the government's opposition. The opposition raised factual and legal matters that counsel need additional time to research, particularly given the President's recently signing the Detainee

Treatment Act of 2005 into law, as referenced in the government's opposition. Undersigned counsel also require this time to consult with similarly-situated counsel to see how these issues have been handled in related cases. Finally, undersigned counsel each have additional responsibilities in the office, including handling their own trial and appellate caseloads. Counsel anticipate filing a reply to the Respondents' Opposition to his Motion for the Immediate Issuance of a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2243 or, Alternatively, to Issue an Order to Show Cause, but will be unable to finish within the five-calendar days allotted under Local Civil Rule 7(d).

Counsel contacted counsel for the Respondents. Respondents do not object to this request. Therefore, counsel for Petitioner requests an enlargement of time in which to file his reply.

WHEREFORE, for the foregoing reasons, Mr. Al Bihani, by and through counsel, asks this Court to grant his Motion for Enlargement of Time.


Dated: January 12, 2006.                    Respectfully submitted,


                                            /s/ Steven F. Hubachek
                                            /s/ Heather R. Rogers
                                            /s/ Zaki Zehawi
                                            Steven F. Hubachek (Cal Bar No. 147703)
                                            Heather R. Rogers (Cal. Bar No. 229519)
                                            Zaki Zehawi (Cal. Bar No. 216485)
                                            Federal Defenders of San Diego, Inc.
                                            225 Broadway, Suite 900
                                            San Diego, California 92101-5008
                                            Telephone: (619) 234-8467

                                            Counsel for Petitioner