IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GHALEB NASSAR AL BIHANI,<br>    Petitioner,<br><br>    v.<br><br>GEORGE W. BUSH, *et al.*,<br>    Respondents. | Civil Action No: 05-cv-01312 (RJL) |

### ORDER

Upon consideration of Petitioner's Unopposed Motion For Enlargement of Time, it is by the Court hereby

ORDERED that the Motion is GRANTED and that Petitioner's reply to the Respondents' Opposition to his Motion for the Immediate Issuance of a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2243 or, Alternatively, to Issue an Order to Show Cause, shall be filed by no later than February 1, 2006.

**SO ORDERED**, this _____ day of _____, 2006.

_____
**RICHARD J. LEON**
UNITED STATES DISTRICT JUDGE