IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GHALEB NASSAR AL BIHANI,**<br>Guantánamo Bay Naval Station,<br>Guantánamo Bay, Cuba<br>    Petitioner<br><br>    v.<br><br>**GEORGE W. BUSH**<br>    President of the United States<br>    The White House<br>    1600 Pennsylvania Avenue, N.W.<br>    Washington, D.C. 20500;<br><br>**DONALD RUMSFELD**<br>    Secretary, United States<br>    Department of Defense<br>    1000 Defense Pentagon<br>    Washington, D.C. 20301;<br><br>**ARMY BRIG. GEN. JAY HOOD**<br>    Commander, Joint Task Force - GTMO<br>    APO AE 09360; and<br><br>**ARMY COL. MIKE BUMGARNER**<br>    Commander, Joint Detention<br>    Operations Group - JTF-GTMO<br>    APO AE 09360,<br><br>        Respondents | MEMORANDUM OF<br>UNDERSTANDING<br><br>Civil Action No: 05-cv-01312<br><br>JUDGE RICHARD J. LEON |

**MEMORANDUM OF UNDERSTANDING REGARDING ACCESS TO
CLASSIFIED NATIONAL SECURITY INFORMATION**

Having familiarized myself with the applicable statutes, regulations, and orders related

to, but not limited to, unauthorized disclosure of classified information, espionage and related

offenses; The Intelligence Identities Protection Act, 50 U.S.C. § 421; 18 U.S.C. § 641; 50 U.S.C. § 783; 28 C.F.R. § 17 et seq.; and Executive Order 12958; I understand that I may be the recipient of information and documents that belong to the United States and concern the present and future security of the United States, and that such documents and information together with the methods and sources of collecting it are classified by the United States government. In consideration for the disclosure of classified information and documents:

(1)     I agree that I shall never divulge, publish, or reveal either by word, conduct or any other means, such classified documents and information unless specifically authorized in writing to do so by an authorized representative of the United States government, or as expressly authorized by the Protective Order entered in the United States District Court for the District of Columbia in the case captioned Ghaleb Nassar Al Bihani v. George W. Bush, *et al*. No.05-cv-01312.

(2)     I agree that this Memorandum of Understanding and any other non-disclosure agreement signed by me will remain forever binding on me.

(3)     I have received, read, and understand the Protective Order entered by the United States District Court for the District of Columbia in the case captioned Ghaleb Nassar Al Bihani v. George W. Bush, *et al*. No.05-cv-01312., and I agree to comply with the provisions thereof.

Dated: February 23, 2006                    Respectfully submitted,


/s/ Steven F. Hubachek
/s/ Ellis M. Johnston, III
/s/ Heather R. Rogers
/s/ Zaki Zehawi
Steven F. Hubachek (Cal Bar No. 147703)
Ellis M. Johnston, III (Cal Bar No. 223664)
Heather R. Rogers (Cal. Bar No. 229519)
Zaki Zehawi (Cal. Bar No. 216485)
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467


Counsel for Petitioner