UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

AUG 9 - 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| Khalid, et al. v. Bush, et al. | ) | Case No. 04cv1142 (RJL) |
| | ) | |
| Boumediene, et al. v. Bush, et al. | ) | Case No. 04cv1166 (RJL) |
| | ) | |
| Sliti, et al. v. Bush, et al. | ) | Case No. 05cv429 (RJL) |
| | ) | |
| Kabir, et al. v. Bush, et al. | ) | Case No. 05cv431 (RJL) |
| | ) | |
| Al-Oshan, et al. v. Bush, et al. | ) | Case No. 05cv533 (RJL) |
| | ) | |
| Mammar v. Bush, et al. | ) | Case No. 05cv573 (RJL) |
| | ) | |
| Al-Sharekh, et al. v. Bush, et al. | ) | Case No. 05cv583 (RJL) |
| | ) | |
| Al Hamamy, et al. v. Bush, et al. | ) | Case No. 05cv766 (RJL) |
| | ) | |
| Hamoodah v. Bush, et al. | ) | Case No. 05cv795 (RJL) |
| | ) | |
| Khan v. Bush, et al. | ) | Case No. 05cv1010 (RJL) |
| | ) | |
| Al Khaiy v. Bush, et al. | ) | Case No. 05cv1239 (RJL) |
| | ) | |
| Al Ginco v. Bush, et al. | ) | Case No. 05cv1310 (RJL) |
| | ) | |
| Al Bihani v. Bush, et al. | ) | Case No. 05cv1312 (RJL) |
| | ) | |
| Ghazy, et al. v. Bush, et al. | ) | Case No. 05cv2223 (RJL) |
| | ) | |
| Al Yafie, et al. v. Bush, et al. | ) | Case No. 05cv2399 (RJL) |
| | ) | |
| Rimi, et al. v. Bush, et al. | ) | Case No. 05cv2427 (RJL) |
| | ) | |
| Rumi, et al. v. Bush, et al. | ) | Case No. 06cv619 (RJL) |

## ORDER

It is, this ___9th___ day of August 2006, hereby

**ORDERED** that Respondents and those Petitioners who have filed briefs in

opposition to Respondents' Motion for Procedures Related to Review of Certain Detainee

Materials shall appear for oral argument on the Motion on August 16, 2006 at 2:30 p.m. in

Courtroom 14. The parties shall be prepared to address (1) the Court's jurisdictional basis

to entertain the Respondents' Motion in light of the issues currently pending appeal in the

United States Court of Appeals for the District of Columbia Circuit; and (2) the merits of the

Petitioners' Motion should the Court find that it has jurisdiction to act under the

circumstances presented. Respondents shall have **40** minutes *in toto* to address the Court;

Petitioners shall have **40** minutes to divide amongst themselves; and it is further

ORDERED that Counsel for any Petitioner who wishes to either (1) waive his/her

appearance and rely on the written briefing already submitted in this matter *or* (2) designate

counsel for another Petitioner in one of the above-captioned cases to represent his/her client's

interests, shall notify the Court no later than close of business on August 14, 2006, as to how

he/she wishes to proceed.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge

2