## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

_____
)
**GHALEB NASSAR AL BIHANI,** )
Guantánamo Bay Naval Station, )   MOTION FOR ENLARGEMENT
Guantánamo Bay, Cuba )   OF TIME TO FILE OPPOSITION
       Petitioner )   TO MOTION TO DISMISS
    v. )
) Civil Case No: 05-cv-01312
**GEORGE W. BUSH** )
    President of the United States )
    The White House )   JUDGE RICHARD J. LEON
    1600 Pennsylvania Avenue, N.W. )
    Washington, D.C. 20500; )
)
**ROBERT M. GATES** )
    Secretary, United States )
    Department of Defense )
    1000 Defense Pentagon )
    Washington, D.C. 20301; )
)
**ARMY BRIG. GEN. JAY HOOD** )
    Commander, Joint Task Force - GTMO )
    APO AE 09360; and )
)
**ARMY COL. MIKE BUMGARNER** )
    Commander, Joint Detention )
    Operations Group - JTF-GTMO )
    APO AE 09360, )
)
       Respondents )
_____)

### MOTION FOR ENLARGEMENT OF TIME

      Petitioner Ghaleb Nassar Al Bihani, through undersigned counsel, respectfully moves this Court for a thirty-day enlargement of time in which to file an opposition to the Respondents' Motion to Dismiss. In support of his motion, counsel for Petitioner states as follows:

      Undersigned counsel require an additional thirty days within which to file a reply to the government's opposition. The opposition raised legal matters that counsel need additional time to research, particularly given the dispositive nature of the action Respondents request and the novel legal issues raised by Respondents' motion. Undersigned counsel also require this time to consult with similarly-situated counsel to see how these issues are being handled in related cases.

Finally, undersigned counsel each have additional responsibilities in the office, including handling their own trial and appellate caseloads. Counsel anticipate filing a reply to the Respondents' Motion to Dismiss, but will be unable to finish within the eleven days allotted under Local Civil Rule 7(b).

Counsel contacted counsel for the Respondents to determine whether this motion was opposed. It is.

WHEREFORE, for the foregoing reasons, Mr. Al Bihani, by and through counsel, asks this Court to grant his Motion for Enlargement of Time.

Dated: April 26, 2007              Respectfully submitted,

/s/ Steven F. Hubachek
/s/ Heather R. Rogers
Steven F. Hubachek (Cal Bar No. 147703)
Heather R. Rogers (Cal. Bar No. 229519)
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467

Counsel for Petitioner