IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GHALEB NASSAR AL BIHANI,<br>  Petitioner,<br><br>  v.<br><br>GEORGE W. BUSH, *et al.*,<br>  Respondents. | Civil Action No: 05-cv-01312 (RJL) |

## ORDER

Upon consideration of Petitioner's Motion For Enlargement of Time, it is by the Court hereby

ORDERED that the Motion is GRANTED and that Petitioner's opposition to Respondents' Motion to Dismiss shall be filed by no later than May 30, 2007

**SO ORDERED**, this _____ day of _____, 2007.

_____
**RICHARD J. LEON**
UNITED STATES DISTRICT JUDGE