# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

_____
)
**ASIM BEN THABIT AL-KHALAQI,**                     )
Guantánamo Bay Naval Station,                      )
Guantánamo Bay, Cuba                               )
      Petitioner                        )
    v.                                         )
                                                  ) Civil Case No: 05-cv-0999
**GEORGE W. BUSH**                                  )
    President of the United States         )
    The White House                        ) JUDGE RICHARD J. LEON
    1600 Pennsylvania Avenue, N.W.         )
    Washington, D.C. 20500;                )
                                                  )
**ROBERT M. GATES**                                 )
    Secretary, United States               )
    Department of Defense                  )
    1000 Defense Pentagon                  )
    Washington, D.C. 20301;                )
                                                  )
**ARMY BRIG. GEN. JAY HOOD**                        )
    Commander, Joint Task Force - GTMO     ) **NOTICE OF FILING**
    APO AE 09360; and                      )
                                                  )
**ARMY COL. MIKE BUMGARNER**                        )
    Commander, Joint Detention             )
    Operations Group - JTF-GTMO            )
    APO AE 09360,                          )
                                                  )
        Respondents                       )
_____)

## NOTICE OF FILING

Petitioner Asim Ben Thabit Al-Khalaqi, through undersigned counsel, hereby notifies the Court and Respondents that *Petitioner's Opposition to Respondent's Motion to Dismiss* was Federal Expressed to the Court Security Officer to be received on May 3, 2007 at 10:00 a.m.

Dated:  May 3, 2007                                 Respectfully submitted,


                                                    /s/ Ellis M. Johnston, III
                                                    /s/ Heather R. Rogers
                                                    Ellis M. Johnston (Cal. Bar No. 223664)
                                                    Heather R. Rogers (Cal. Bar No. 229519)
                                                    Federal Defenders of San Diego, Inc.
                                                    225 Broadway, Suite 900
                                                    San Diego, California 92101-5008
                                                    Telephone: (619) 234-8467

                                                    Counsel for Petitioner