AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

|  |  |  |
|---|---|---|
| Plaintiff(s) | ) | **APPEARANCE** |
|  | ) |  |
| vs. | ) | CASE NUMBER  05-cv-01312 |
|  | ) |  |
| Defendant(s) | ) |  |

To the Clerk of this court and all parties of record:

Please enter the appearance of  Shereen J. Charlick  as counsel in this
                                (Attorney's Name)

case for:  Ghaleb Nassar Al Bihani
          (Name of party or parties)

6/18/07
Date

_____
Signature
Shereen J. Charlick
Print Name

CA Bar No. 147703
BAR IDENTIFICATION

225 Broadway, Ste. 900
Address

San Diego, CA  92101
City      State       Zip Code

619-234-8467
Phone Number