# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

_____
                                            )
**GHALEB NASSAR AL BIHANI,**                )
Guantánamo Bay Naval Station,               )
Guantánamo Bay, Cuba                        )
    Petitioner              )
    v.                      )
                                            )   Civil Case No: 05-cv-01312-(RJL)
**GEORGE W. BUSH**                          )
    President of the United States )
    1600 Pennsylvania Avenue, N.W. )
    Washington, D.C. 20500; )
                                            )
**ROBERT M. GATES**                         )
    Secretary, United States )
    Department of Defense   )
    1000 Defense Pentagon   )
    Washington, D.C. 20301; )
                                            )
**ARMY BRIG. GEN. JAY HOOD**                )
    Commander, Joint Task Force - GTMO )   **NOTICE OF FILING**
    APO AE 09360; and       )
                                            )
**ARMY COL. MIKE BUMGARNER**                )
    Commander, Joint Detention )
    Operations Group - JTF-GTMO )
    APO AE 09360,           )
                                            )
    Respondents             )
_____)

**NOTICE OF FILING**

Petitioner Ghaleb Nassar Al Bihani, through undersigned counsel, hereby notifies the Court and Respondents that *Petitioner's Notice of Supplemental Authority in Support of Petitioner's Opposition to Respondent's Motion to Dismiss and Withdrawal of his Alternative Request for Transfer Under 28 U.S.C. § 1631* was Federal Expressed to the Court Security Officer to be received on August 8, 2007 by 10:00 a.m.

Dated: August 7, 2007                                   Respectfully submitted,

/s/ Ellis M. Johnston, III
/s/ Heather R. Rogers
/s/ Shereen J. Charlick
Shereen J. Charlick (Cal Bar No. 147533)
Ellis M. Johnston (Cal. Bar No. 223664)
Heather R. Rogers (Cal. Bar No. 229519)
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467

Counsel for Petitioner