IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA

_____
                                    )
**GHALEB NASSAR AL BIHANI,**        )
Guantánamo Bay Naval Station,       )   MOTION TO APPEAR
Guantánamo Bay, Cuba                )   TELEPHONICALLY AT
    Petitioner  )   THE JULY 10, 2008,
                                    )   STATUS CONFERENCE
  v.                       )
                                    )   Civil Case No: 05-cv-01312
**GEORGE W. BUSH**                  )
    President of the United States )
    The White House )   JUDGE RICHARD J. LEON
    1600 Pennsylvania Avenue, N.W. )
    Washington, D.C. 20500; )
                                    )
**ROBERT M. GATES**                 )
    Secretary, United States )
    Department of Defense )
    1000 Defense Pentagon )
    Washington, D.C. 20301; )
                                    )
**ARMY BRIG. GEN. JAY HOOD**        )
  Commander, Joint Task Force - GTMO )
    APO AE 09360; and )
                                    )
**ARMY COL. MIKE BUMGARNER**        )
    Commander, Joint Detention )
    Operations Group - JTF-GTMO )
    APO AE 09360, )
                                    )
    Respondents  )
_____)

## MOTION FOR TELEPHONIC APPEARANCE AT JULY 10, 2008, STATUS CONFERENCE

Petitioner Ghaleb Nassar Al Bihani, through undersigned counsel, respectfully moves this Court for permission of his counsel to appear telephonically at the status hearing currently set for July 10, 2008. In the alternative, Petitioner's counsel moves to reset the hearing for the week of July 14, 2008. In support of his motion, counsel for Petitioner states as follows:

Undersigned counsel are located in San Diego, California. One of Petitioner's counsel, Shereen Charlick, is currently on leave for a vacation that was scheduled

before the Court's notice of the status conference. Ellis Johnston, is currently scheduled to be in trial in Case No. 07cr2392-TJW in the Southern District of California on the date of the status conference. Steven Hubachek has a brief due in the Ninth Circuit Court of Appeals on July 9, 2008, and he is unable to schedule a flight that would assure his arrival in Washington in time for the status conference.

Counsel contacted counsel for the Respondents to determine whether this motion was opposed. It is not.

WHEREFORE, for the foregoing reasons, Mr. Al Bihani, by and through counsel, asks this Court to grant his Motion to appear telephonically at the July 10, 2008, status conference. In the alternative, he asks this Court to reset the status conference to the week of July 14, 2008.

Dated:  July 7, 2008                                   Respectfully submitted,


/s/ Ellis Johnston
Ellis M. Johnston (Cal Bar No. 223664)
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467

Counsel for Petitioner