UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **KHALID v. BUSH** | ) | Civil Case No. 04-1142 (RJL) |
| **BOUMEDIENE v. BUSH** | ) | Civil Case No. 04-1166 (RJL) |
| **SLITI v. BUSH** | ) | Civil Case No. 05-0429 (RJL) |
| **KABIR v. BUSH** | ) | Civil Case No. 05-0431 (RJL) |
| **MAMMAR v. BUSH** | ) | Civil Case No. 05-0573 (RJL) |
| **AL HAMAMY v. BUSH** | ) | Civil Case No. 05-0766 (RJL) |
| **AL KAHAIY v. BUSH** | ) | Civil Case No. 05-1239 (RJL) |
| **AL GINCO v. BUSH** | ) | Civil Case No. 05-1310 (RJL) |
| **AL BIHANI v. BUSH** | ) | Civil Case No. 05-1312 (RJL) |
| **GHAZY v. BUSH** | ) | Civil Case No. 05-2223 (RJL) |
| **RUMI v. BUSH** | ) | Civil Case No. 06-0619 (RJL) |
| **OBAYDULLAH v. BUSH** | ) | Civil Case No. 08-1173 (RJL) |

## **ORDER**

Consistent with the status conference held on July 10, 2008, it is hereby

**ORDERED** that the parties shall submit a status report for each case they are litigating by **July 18, 2008 at 5:30 p.m**. In cases involving a single petitioner, the status report shall be no longer than ten (10) pages single-spaced. In cases involving multiple petitioners, the status report shall be no longer than twenty-five (25) pages single-spaced.

Those reports shall:

    A.    identify any administrative issues in the case (e.g. a protective order) that need to be resolved;

  B. identify whether a stay was entered, and address whether the Court should lift the stay;

  C. provide a concise statement of the factual history surrounding each petitioner's detention;

  D. indicate whether the petitioner(s) have been, or will soon be, transferred out of Guantanamo Bay, Cuba;

  E. indicate whether the petitioner(s) had duplicate petitions filed on their behalf, and address which of the duplicate petitions should be dismissed;

  F. indicate whether the petitioner(s) have been charged with war crimes under the Military Commissions Act of 2006;

  G. identify all pending motions, and address whether those motions are ripe for decision;

  H. indicate whether a factual return has been filed for each petitioner,[1] and, if so, whether the government intends to file a motion to amend the return;

  I. indicate whether the petitioner(s) intend to seek discovery;

  J. identify any collateral issues; and

  K. identify any procedural and substantive issues common to all of the Guantanamo Bay cases.  It is further

**ORDERED** that counsel for the petitioners and the government shall report to Courtroom 18 at the following dates and times for a status conference:

---

[1] If the petitioner(s) have not obtained access to the CSRT record, indicate whether the parties agree on when it will be provided.

July 23, 2008

| | | |
|---|---|---|
| 9:30 a.m.: | Khalid v. Bush | 04cv1142 |
| 10:30 a.m.: | Mammar v. Bush | 05cv0573 |
| 11:30 a.m.: | Al Hamamy v. Bush | 05cv0766 |
| 1:45 p.m.: | Al Ginco v. Bush | 05cv1310 |
| 2:45 p.m.: | Al Kahaiy v. Bush | 05cv1239 |
| 3:45 p.m.: | Al Bihani v. Bush | 05cv1312 |
| 4:45 p.m.: | Rumi v. Bush | 06cv0619 |
| 5:45 p.m.: | Obaydullah v. Bush | 08cv1173 |

July 24, 2008

| | | |
|---|---|---|
| 9:30 a.m.: | Boumediene v. Bush | 04cv1166 |
| 11:30 a.m.: | Kabir v. Bush | 05cv0431 |
| 2:30 p.m.: | Sliti v. Bush | 05cv0429 |
| 4:30 p.m.: | Ghazy v. Bush | 05cv2223 |

**SO ORDERED.**

July 15, 2008

/s/ Richard J. Leon
RICHARD J. LEON
United States District Judge