# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GHALEB NASSAR AL BIHANI**, | ) <br> ) <br> ) CIVIL ACTION NO. 05-CV-1312 RJL <br> ) |
| *Petitioner*, | ) <br> ) |
| | ) **MOTION TO WITHDRAW** |
| *v.* | ) **DOCUMENT 50 FROM PACER-** <br> ) **STATUS REPORT PURSUANT** <br> ) **TO JULY 15, 2008 COURT** |
| **GEORGE W. BUSH**, *et al.*, | ) **ORDER** <br> ) |
| *Respondents.* | ) |

The Petitioner, GHALEB NASSAR AL BIHANI, by and through his attorneys, Shereen J. Charlick, Steven F. Hubachek, Ellis M. Johnston, III, Stephen D. Demik and Federal Defenders of San Diego, Inc., hereby requests that

this Court authorize the withdrawal of document #50, that was filed in error, from the clerk's record.

                                        Respectfully submitted,

Dated: July 18, 2008            /s/ Steven F. Hubachek
                                      **STEVEN F. HUBACHEK**
                                      SHEREEN J. CHARLICK
                                      ELLIS M. JOHNSTON, III.
                                      STEPHEN D. DEMIK
                                      Federal Defenders of San Diego, Inc.

                                      Counsel for Petitioner