# EXHIBIT B

**CLIFFORD**
**CHANCE**

CLIFFORD CHANCE US LLP

31 WEST 52ND STREET
NEW YORK NY 10019 6131

TEL +1 212 878 8000
FAX +1 212 878 8375
www.cliffordchance.com

JAMES M. HOSKING
Partner

DIRECT TEL +1 212 878 8091
DIRECT FAX +1 212 878 8375
James.Hosking@CliffordChance.com

February 26, 2008

VIA FAX AND FIRST CLASS MAIL

H.E. Abu Bakr Abdallah Al-Qirbi
Minister of Foreign Affairs
P.O. Box 1994
Sana'a, Republic of Yemen

Re:   Fahd Abdullah Ahmed Ghazy - Yemeni National Detained at Guantanamo Recently Cleared For Release

Dear Excellency,

I had the honor of meeting Your Excellency in May 2007 while I was in Sana'a interviewing the family members of the six Guantanamo Bay detainees, all Yemeni nationals, that my law firm is currently representing in litigation pending in the United States courts. During our meeting, Your Excellency assured me and other members of the delegation with which I was visiting that you and your Government were doing all that you could to speed the repatriation of your countrymen.

I am therefore very pleased to report that on February 7, 2008 we received notice from the United States Government that one of my clients, Fahd Abdullah Ahmed Ghazy (ISN # 26), has been "approved to leave Guantanamo, subject to the process for making appropriate diplomatic arrangements for his departure." The Government was unable to provide a specific date for Mr. Ghazy's release, noting that his departure is "subject to ongoing discussions." I enclose a copy of the notice.

Mr. Ghazy has been imprisoned at Guantanamo for some six years. Mr. Ghazy's family - including the now 6-year-old daughter that he has not seen since she was a baby - and I are overjoyed to hear that he has finally been approved to leave, but we are concerned to ensure that there are no further delays. We believe the Yemeni Government's vigorous advocacy on behalf of its nationals is critical in the repatriation process. In this regard, I wanted to bring this latest development to Your Excellency's attention and look forward to your assistance in securing Mr. Ghazy's prompt release.

If you have any questions or would like to discuss this matter further, please do not hesitate to contact me. As always, your assistance is deeply appreciated.

Sincerely,

James Hosking

Enclosures

**From:** Ermentrout, Bree CDR [mailto:bree.ermentrout@navy.mil]
**Sent:** Thursday, February 07, 2008 4:59 PM
**To:** Symon, Julia (Litigation & Dispute Resolution-WAS)
**Subject:** Detainee Status Notification

Dear Counsel for ISN 26

Through either the Administrative Review Board (ARB) process or the process DOD had in place prior to ARBs, your client has been approved to leave Guantanamo, subject to the process for making appropriate diplomatic arrangements for his departure. Accordingly, any guidance regarding submission of materials for a 2008 ARB for your client is inapplicable to this detainee; he will not be receiving another ARB proceeding.

As you know, such a decision does not equate to a determination that your client is not an enemy combatant, nor is it a determination that he does not pose a threat to the United States or its allies. I cannot provide you any information regarding when your client may be leaving Guantanamo as his departure is subject to ongoing discussions.

Sincerely,

BREE ERMENTROUT, CDR, JAGC, USN
Staff Judge Advocate
Legal Advisor
DoD, HQ OARDEC
Washington, DC

----- Original Message -----
From: najwa alserri <nalserri@yahoo.com>
To: Hosking, James M. (Litigation & Dispute Resolution-NY)
Sent: Tue Apr 08 06:22:44 2008
Subject: Your letter to Minister Al-Qirbi concerning Fahd Ghazy

Dear Mr. Hosking,

Your letter addressed to Mr. Abu Bakr Al-Qirbi, the Yemeni Minister of Foreign Affairs, concerning the detainee (no.26) Fahd Abdullah Ahmed Ghazy was forwarded to me by Mr. Al-Akwa'a the Assistant Deputy Minister. He instructed me to write to you.

I would like to inform you that we have not received information concerning declaring Mr. Ghazy as "approved to leave Guantanamo". Nothing has come to the ministry requesting the Yemeni said to start the discussion on procedures of Ghazy's arrival to Yemen as in the previous cases.

The Yemeni Government, several times, asks the USA government to release the Yemeni detainees and it expresses it's will to prosecute, in Yemen, those who committed terrorists actions. Ghazy's case will be discussed with the US side.

Please accept our thanks for you and your firm efforts that help the Yemeni detainees.

Ms. Najwa AL-SERRI
Member of the Minister Bureau