# EXHIBIT C

## Kirsch, Rob

| | |
|---|---|
| **From:** | Kirsch, Rob |
| **Sent:** | Tuesday, August 12, 2008 6:00 AM |
| **To:** | Oldham Nicholas (Nicholas.Oldham@usdoj.gov) |
| **Cc:** | Subar, Judry (CIV); terry.henry@usdoj.gov; Andrew.Warden@usdoj.gov; Paul Ahern (paul.ahern@usdoj.gov); Oleskey, Stephen; Wolfson, Paul; Teran, Gregory; Winke, Paul |
| **Subject:** | Boumediene 04-1166 |

Nick

This follows our telephone discussion on August 11.

In connection with the government's review of documents relevant to this case, and in particular, in connection with the position taken by the government regarding its willingness to provide exculpatory documents, we suggest you include the materials reviewed by the government in the FOIA litigation we have pending in the District of Massachusetts. Mark Quinlivan is defending that case and should be able to provide your team with access to the universe of documents.

We have learned potential witnesses from Bosnia expect to be in the US this month. Depending on the substance of the materials the government submits with its motion to amend, we may propose to depose one or more of those witnesses while they are in the US. Will the government oppose that action?

Will the government agree and stipulate that: (1) the arrest of five of our clients by Bosnian authorities in 2001 was caused solely by the demand of the US; and (2) the hand over of our 6 clients in 2002 resulted from demands of the US, including communications by US military personnel that they would use all available means, including the use of force, if the Bosnian government did not turn over the six to the US?

This also confirms that we are interested in installing a secure telephone connection here in our Boston office, and perhaps elsewhere, should that prove economically feasible, and, we would consider the use of other secure lines of communication that might be available in Boston, including through the office of the US Attorney or the FBI.

Finally - if you, and or Terry and Jud, etc., have time before or after our conference tomorrow, we are prepared to begin to share with you our view as to how this case is developing.

Best Regards,

Rob


Robert C. Kirsch
WilmerHale
60 State Street
Boston, MA 02109 USA
+1 617 526 6779 (t)
+1 617 526 5000 (f)
+1 617 571 6021 (c)
rob.kirsch@wilmerhale.com

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately -- by replying to this message or by sending an email to postmaster@wilmerhale.com -- and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.