UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

GHALEB NASSAR AL BIHANI

    *Petitioner*,

v.

                              Civil Action No. **05-01312 (RJL)**

GEORGE W. BUSH, ROBERT GATES,
REAR ADM. DAVID M. THOMAS,
JR., and ARMY COL. BRUCE VARGO,

    *Respondents*.

---

## NOTICE OF SUPPLEMENTAL AUTHORITY

Petitioner Ghaleb Nassar Al Bihani respectfully calls the Court's attention to the order of the United States Court of Appeals for the District of Columbia Circuit reinstating the decisions of the Court of Appeals in *Bismullah v. Gates*, 501 F.3d 178 (D.C. Cir. 2007) (*Bismullah I*) and *Bismullah v. Gates*, 503 F.3d 137 (D.C. Cir. 2007) (*Bismullah II*). *See Bismullah v. Gates*, No. 06-1197 (D.C. Cir. Aug. 22, 2008) (copy attached). This order is relevant to the issue of the Government's discovery obligations, which were discussed in the briefs filed in response to the Court's July 30, 2008 Order and in the hearing on August 21, 2008.

The Court of Appeals' order in *Bismullah* confirms the Government's obligation to preserve and produce all information in its possession in proceedings under the Detainee Treatment Act of 2005 (DTA), Pub. L. No. 109-148, §