# Attachment A

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 06-1197**                                          **September Term 2007**

CSRT-ISN-968

**Filed On:** August 22, 2008

Haji Bismullah, also known as Haji Bismillah, also known as Haji Besmella and Haji Mohammad Wali, Next Friend of Haji Bismullah,

    Petitioners

    v.

Robert M. Gates, Secretary of Defense,

    Respondent

    **BEFORE:**   Ginsburg, Henderson*, and Rogers, Circuit Judges

### O R D E R

Upon consideration of petitioners' motion to reinstate the court's decisions in Bismullah I and Bismullah II, the response thereto, and the reply; and respondent's cross-motion to modify the protective order to conform to the Supreme Court's ruling, and the response thereto, it is

**ORDERED** that the motion to reinstate the court's decisions be granted. The Clerk is to note the docket accordingly. It is

**FURTHER ORDERED** that the cross-motion to modify the protective order be dismissed as moot.

### Per Curiam

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/
Nancy G. Dunn
Deputy Clerk

---

* Judge Henderson would deny the motion to reinstate the court's decisions and would grant the cross-motion to modify the protective order.