UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BOUMEDIENE v. BUSH | ) | Civil Case No. 04-1166 (RJL) |
| SLITI v. BUSH | ) | Civil Case No. 05-0429 (RJL) |
| KABIR v. BUSH | ) | Civil Case No. 05-0431 (RJL) |
| MAMMAR v. BUSH | ) | Civil Case No. 05-0573 (RJL) |
| AL KAHAIY v. BUSH | ) | Civil Case No. 05-1239 (RJL) |
| AL GINCO v. BUSH | ) | Civil Case No. 05-1310 (RJL) |
| AL BIHANI v. BUSH | ) | Civil Case No. 05-1312 (RJL) |
| GHAZY v. BUSH | ) | Civil Case No. 05-2223 (RJL) |
| RUMI v. BUSH | ) | Civil Case No. 06-0619 (RJL) |
| OBAYDULLAH v. BUSH | ) | Civil Case No. 08-1173 (RJL) |

**BRIEFING ORDER**
(August ___, 2008)

Upon review of the petitioners' notice of subsequent authority regarding the D.C. Circuit's *Bismullah* decisions and the parties' representations made at the August 27, 2008 status conference, it is hereby

**ORDERED** that, by September 3, 2008, counsel for petitioners and the government may each file one supplemental brief addressing the applicability of the D.C. Circuit's *Bismullah* decisions to the habeas proceedings for the Guantanamo Bay detainees. Alternatively, each party may rely on the arguments made in previous pleadings. The parties shall not file responses.

2

If counsel for the petitioners file a supplemental brief, they are directed to file one consolidated brief for the above-captioned cases.

**SO ORDERED.**

*/s/ Richard J. Leon*
RICHARD J. LEON
United States District Judge