UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GHALEB NASSAR AL BIHANI, | ) |
| Petitioner, | ) ) ) |
| v. | ) Civil Case No. 05-1312 (RJL) |
| BARACK H. OBAMA, *et al.*, | ) ) ) |
| Respondents. | ) |

**FINAL JUDGMENT**
(February 18, 2009)

For the reasons set forth in this Court's public Memorandum Order of January 28, 2009 and for the reasons set forth in this Court's Classified Memorandum Opinion of February 18, 2009, it is hereby

**ORDERED** that Petitioner Ghaleb Nassar Al Bihani's petition for a writ of habeas corpus is **DENIED**.

**SO ORDERED**.

RICHARD J. LEON
United States District Judge